THOMPSON v. STATE. (Court of Criminal Appeals of Texas. Dec. 20, 1911.) Appeal from District Court, Tarrant County; W. T. Simmons, Judge. Mollie Thompson was convicted of theft, and she appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of theft from the person; her punishment being assessed at two years confinement in the penitentiary. The record is before us without a statement of facts or bills of exception. In the absence of the evidence, there is nothing set forth in the motion for new trial requiring a revision. The judgment is affirmed.

---

WATTS v. STATE. (Court of Criminal Appeals of Texas. Dec. 6, 1911.) Appeal from Eastland County Court; E. A. Hill, Judge. Hubert Watts was convicted of carrying a pistol, and appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of carrying a pistol; his punishment being assessed at a fine of $100. The record is before us without a statement of facts or bills of exception. We find nothing in the record upon which to predicate a reversal of the judgment, and therefore it is affirmed.